United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

JAMES I. ROSENFELD, in his individual and representative capacity as trustee of the James I. and Arlene Helen Rosenfeld Trust; ARLENE H. ROSENFELD, in her individual and representative capacity as trustee of the James I. and Arlene Helen Rosenfeld Trust; ELZA HINOSTROZA; and DOES 1–10,

    Defendants.

No. C 18-05873 WHA

**ORDER TO SHOW CAUSE**

The parties originally had a January 8 deadline to hold a joint inspection of the premises pursuant to General Order 56. An order extended this deadline to January 29 based on the parties' representation that scheduling conflicts prevented them from conducting the joint site inspection on January 8 that they had "set the joint site inspection on January 29." Now, nearly six weeks *after* the extended deadline, the parties seek yet another extension, purportedly due to scheduling conflicts (Dkt. Nos. 27–28, 30). By **MARCH 15 AT NOON**, plaintiff's counsel shall **SHOW CAUSE**, via declarations under oath, explaining why counsel did not timely seek relief from the January 29 deadline and why the case should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: March 11, 2019.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE